UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIPHER RENEE FORTE,

                Plaintiff,

-v.-

INSOMNIA COOKIES, LLC d/b/a
INSOMNIA COOKIES, et al.,

                Defendants.

23 Civ. 03401 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    Plaintiff Jennipher Forte, who worked as a delivery driver for an Insomnia Cookie store in South Bend, Indiana, filed this suit alleging violations of federal and Indiana wage-and-hour laws. *See* ECF No. 1 ¶¶ 1, 7, 26.  On May 16, 2023, Defendant made an application to the Court to "issue a Show Cause Order as to why this case should not be transferred to the [United States District Court for the] Northern District of Indiana." ECF No. 13 at 2.  Thereafter, the Court directed Plaintiff to show cause why the case should not be transferred to the Northern District of Indiana on the ground that "all of the events and omissions giving rise to Plaintiff's claims in this case appear to have occurred in Indiana." ECF No. 17 at 1.  On May 26, 2023, Plaintiff filed a letter stating that she "does not object to the transfer of the case to Northern District Court of Indiana." ECF No. 19.

    Having considered the parties' submissions and the relevant transfer factors, the Court concludes that convenience and the interests of justice favor transfer.  Accordingly, the Clerk of Court is directed to (1) transfer this case to the United States District Court for the Northern District of Indiana, and (2) close the case in this District.

    SO ORDERED.

Dated: June 5, 2023
       New York, New York

                                                    */s/ Jennifer H. Rearden*
                                                    JENNIFER H. REARDEN
                                                    United States District Judge